A CERTIFIED TRUE COPY
ATTEST

By Dana Stewart on Nov 05, 2008

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Oct 20, 2008

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION
(SEE ATTACHED SCHEDULE)

MDL No. 1769

**FILED**
November 5, 2008
Date

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

**CONDITIONAL TRANSFER ORDER (CTO-73)**

**FILED**
NOV 18 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

On July 6, 2006, the Panel transferred 87 civil actions to the United States District Court for the Middle District of Florida for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 447 F.Supp.2d 1376 (J.P.M.L. 2006). Since that time, 641 additional actions have been transferred to the Middle District of Florida. With the consent of that court, all such actions have been assigned to the Honorable Anne C. Conway.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Middle District of Florida and assigned to Judge Conway.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Middle District of Florida for the reasons stated in the order of July 6, 2006, and, with the consent of that court, assigned to the Honorable Anne C. Conway.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Middle District of Florida. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Nov 05, 2008

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

I certify the foregoing to be a true
and correct copy of the original.
SHERYL L. LOESCH, Clerk
United States District Court
Middle District of Florida
By: _____
Deputy Clerk

1143

IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION       MDL No. 1769

## SCHEDULE CTO-73 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**        **CASE CAPTION**

**ARIZONA**
AZ  2  08-1782        Neal Green, et al. v. AstraZeneca Pharmaceuticals, LP, et al.

**CALIFORNIA EASTERN**
CAE  2  08-2127        Charles Bell v. AstraZeneca Pharmaceuticals, LP, et al.
CAE  2  08-2128        Pearl Johnson v. AstraZeneca Pharmaceuticals, LP, et al.
CAE  2  08-2129        Douglas LaBeff v. AstraZeneca Pharmaceuticals, LP, et al.

**MINNESOTA**
MN  0  08-5166        Jeanine Nobles v. AstraZeneca Pharmaceuticals, LP, et al.
MN  0  08-5167        Gaylene Kay Kobel v. AstraZeneca Pharmaceuticals, LP, et al.

**MISSOURI EASTERN**
MOE  4  08-1508        Karen Garibaldi v. AstraZeneca Pharmaceuticals, LP
MOE  4  08-1512        Lynn Tripp v. AstraZeneca Pharmaceuticals, LP
MOE  4  08-1515        Francis Chrostowski v. AstraZeneca Pharmaceuticals, LP
MOE  4  08-1516        Angela Stewart v. AstraZeneca Pharmaceuticals, LP

**PENNSYLVANIA EASTERN**
PAE  2  08-4787        Pennsylvania Employees Benefit Trust Fund v. AstraZeneca Pharmaceuticals, LP